UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                  )
UNITED STATES OF AMERICA          )
                                  )
v.                                )    CRIMINAL ACTION
                                  )    NO. 04-10100-PBS
PETER CAVALLARO, SR.              )
                                  )
                                  )
```

FILED
In Open Court
USDC, Mass.
Date 4-27-04
By ___
Deputy Clerk

## NOTICE OF APPEARANCE

Please enter our appearance for defendant Peter Cavallaro, Sr. in the above-captioned matter.

Respectfully submitted,

_/s/ Michael A. Collora_
Michael A. Collora (BBO #092940)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA  02210
671-371-1000

_/s/ Michael B. Galvin_
Michael B. Galvin (BBO #630515)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA  02210
671-371-1000

Dated: April 27, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 4/27/04 .