UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 4-27-04
By ___
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10100-PBS |
| ) | |
| PETER CAVALLARO, SR. ) | |

### WAIVER OF INDICTMENT

I, **PETER CAVALLARO, SR.**, defendant in the above-captioned action, who is accused of two counts of filing false tax returns in violation of 26 U.S.C. § 7206(1), being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_Peter Cavallaro_        4-27-04
PETER CAVALLARO, SR.     DATE

_Michael a Collora_      4-27/04
MICHAEL COLLORA, ESQ.    DATE
Counsel for Peter Cavallaro, Sr.