UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10100-PBS |
| v. | |
| PETER CAVALLARO, SR. | |

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                           June 1, 2004

      The Sentencing previously scheduled for July 27, 2004, has been **rescheduled** to **July 22, 2004, at 2:00 p.m.**

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10100-PBS |
| v. | |
| PETER CAVALLARO, SR. | |

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                              June 1, 2004

      The Sentencing previously scheduled for July 27, 2004, has been **rescheduled** to **July 22, 2004, at 2:00 p.m.**

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc