UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10100-PBS

v.

PETER CAVALLARO, SR.

### NOTICE OF RESCHEDULED SENTENCING HEARING

SARIS, U.S.D.J.                                                                                     August 11, 2004

      The Evidentiary Sentencing Hearing previously scheduled for September 20, 2004, has been **rescheduled** by the Court to **October 13, 2004, at 2:00 p.m.**

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel

resched.ntc