UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 04-10100-PBS |
| PETER CAVALLARO, SR. ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S NOTICE OF SCHEDULING CONFLICT
AND MOTION TO RESCHEDULE SENTENCING HEARING**

By Order dated August 11, 2004, the Court rescheduled the evidentiary sentencing hearing in this matter from September 20 to October 13, 2004 at 2 p.m. Government counsel learned of the rescheduled date and time upon his return from vacation.

Government counsel has a previously scheduled sentencing for the same date and time before Magistrate Judge Cohen in United States v. Kenneth Smith, No. 04-10101. The sentencing hearing in Smith was scheduled by order dated June 15, 2004.

As reflected by the docket numbers, both cases were filed on the same day, April 1, 2004. Neither defendant is in custody.

In view of the scheduling conflict, the government respectfully requests that the sentencing hearing in this matter be rescheduled to 2:45 p.m. (or thereabouts) on October 13, or, if that is not feasible, to a different date.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                          By:     **/s/ Michael J. Pineault**
                                            Michael J. Pineault
                                            Assistant U.S. Attorney
                                            United States Courthouse, Suite 9200
                                            1 Courthouse Way
                                            Boston, MA  02210
Dated: September 8, 2004               (617) 748-3261