UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA    )
                                            )
v.                                         )     CRIMINAL ACTION
                                            )     NO. 04-10100-PBS
PETER CAVALLARO, SR.            )
                                            )
_____)

DEFENDANT'S MOTION TO ENLARGE PAGE
LIMIT FOR SENTENCING MEMORANDUM
AND MOTION FOR DOWNWARD DEPARTURE

Defendant Peter Cavallaro Sr. hereby moves, pursuant to Local Rule 7.1(B)(4), for leave to file a thirty-page sentencing memorandum and motion for a downward departure for each of the following reasons:

1.  Sentencing in this case is scheduled for October 13, 2004 and this Court requested that the parties submit additional arguments on or before October 6, 2004.

2.  Sentencing will involve several complex and factually detailed issues, including whether the Court should depart downward because of Mr. Cavallaro's age and infirmity under U.S.S.G. § 5H1.1, his diminished mental capacity under U.S.S.G. § 5H1.4 or the aberrant nature of Mr. Cavallaro's offense conduct. To appropriately address those issues, including the issues the Court flagged at the July 22, 2004 hearing, undersigned counsel believes that it is necessary to describe Mr. Cavallaro's lengthy and complicated physical and mental conditions and analyze the legal precedent for departures on those grounds.

3. Undersigned counsel also believes the extra pages are necessary to bring to the Court's attention other mitigating circumstances of the offense conduct which are not reflected in the Presentence Report or prior filings with this Court.

4. Granting this motion will help the Court resolve the remaining legal issues more efficiently and effectively. It also may shorten, or obviate the need for, an evidentiary hearing on October 13, 2004.

For each of these reasons, Mr. Cavallaro request that this Court enlarge the page limit to allow the filing of a thirty-page sentencing memorandum and motion for a downward departure.

                          Respectfully submitted,

                          __/s/ Michael B. Galvin_____
                          Michael A. Collora (BBO #092940)
                          Michael B. Galvin (BBO # 630515)
                          DWYER & COLLORA, LLP
                          600 Atlantic Avenue
                          Boston, MA  02210
                          671-371-1000

Dated: October 6, 2004