UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-10100-PBS |
| PETER CAVALLARO, SR. ) | |

DEFENDANT'S MOTION TO FILE REPLY TO
OPPOSITION TO DOWNWARD DEPARTURE MOTION

Defendant Peter Cavallaro, Sr. hereby moves, pursuant to Local Rule 7.1(B)(3), for leave to file a nine-page reply to the Opposition to the Motion for a Downward Departure, which the government filed with this Court on Friday October 8, 2004 for the following reasons:

1. Sentencing in this case is scheduled for October 13, 2004 and this Court requested that the parties submit additional arguments on or before October 6, 2004.

2. In its October 8, 2004 filing, the government submitted and relied on a forensic psychiatric report from Alison Fife, M.D., which had not been provided to the defense in its final form until October 7, 2004 and therefore could not be addressed in its prior filing. To bring to the Court's attention flaws in that report and other arguments the government makes in its October 8, 2004 opposition, Mr. Cavallaro's counsel wishes to file a nine-page reply memorandum.

3. Granting this motion will help the Court resolve the remaining legal issues more efficiently and effectively. It also may shorten, or obviate the need for, an evidentiary hearing on October 13, 2004.

      4.      Prior to filing this motion, undersigned counsel contacted the government's counsel, who indicated that he did not expect to oppose such a filing.

      For each of these reasons, Mr. Cavallaro requests that this Court grant leave to file the accompanying Reply Memorandum.

      Respectfully submitted,

      __/s/ Michael B. Galvin_____
      Michael A. Collora (BBO #092940)
      Michael B. Galvin (BBO # 630515)
      DWYER & COLLORA, LLP
      600 Atlantic Avenue
      Boston, MA  02210
      671-371-1000

Dated: October 12, 2004