**Galvin, Michael**

| | |
|---|---|
| **From:** | Galvin, Michael |
| **Sent:** | Monday, September 27, 2004 9:12 AM |
| **To:** | 'Michael.Pineault@usdoj.gov' |
| **Subject:** | Cavallaro |

Mike:

Any update on Dr. Fife's report?

Michael B. Galvin
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1075
www.dwyercollora.com

1

**Galvin, Michael**

| | |
|---|---|
| **From:** | Michael.Pineault@usdoj.gov |
| **Sent:** | Monday, September 27, 2004 9:59 AM |
| **To:** | Galvin, Michael |
| **Subject:** | RE: Cavallaro |

She's not called me back.  I will try her again today.

Mike

-----Original Message-----
From: mgalvin@dwyercollora.com [mailto:mgalvin@dwyercollora.com]
Sent: Monday, September 27, 2004 9:12 AM
To: Pineault, Michael
Subject: Cavallaro


Mike:

Any update on Dr. Fife's report?

Michael B. Galvin
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1075
www.dwyercollora.com

1

# Galvin, Michael

| | |
|---|---|
| **From:** | Michael.Pineault@usdoj.gov |
| **Sent:** | Tuesday, September 28, 2004 11:32 AM |
| **To:** | Galvin, Michael |
| **Subject:** | Dr. Fife |

Mike:

Dr. Fife just called me.  She hasn't written her report yet  She promised to do so this week.  I will get it to you upon its completion.

Mike

# Galvin, Michael

| | |
|---|---|
| **From:** | Galvin, Michael |
| **Sent:** | Tuesday, September 28, 2004 12:13 PM |
| **To:** | 'Michael.Pineault@usdoj.gov' |
| **Subject:** | RE: Dr. Fife |

Mike

Before we agreed to allow Peter to be interviewed by Dr. Fife, you agreed to get her completed report to us in sufficient time to permit us to review and analyze it prior to sentencing. I expressed my concerns about those timing issues to you several weeks ago, and you told me that Dr. Fife would have her report finished and sent to me by the end of the week of September 13th or the beginning of the week of September 20th. That didn't happen. It sounds like we may not get the report even this week. You know that Judge Saris has asked for additional written submissions on or before October 6th. That does not leave us enough time.

I understand that these reports take time; Dr. Reade's report took longer than I anticipated and, as a result, we requested that Cavallaro's sentencing be continued. Dr. Fife's delay shouldn't deprive us of our ability to meaningfully review and respond to her report. Thus, if you intend to rely on Dr. Fife's overdue report, I think you ought to ask Judge Saris to continue Cavallaro's sentencing.

Michael B. Galvin
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1075
www.dwyercollora.com


-----Original Message-----
From: Michael.Pineault@usdoj.gov [mailto:Michael.Pineault@usdoj.gov]
Sent: Tuesday, September 28, 2004 11:32 AM
To: Galvin, Michael
Subject: Dr. Fife


Mike:

Dr. Fife just called me. She hasn't written her report yet  She promised to do so this week. I will get it to you upon its completion.

Mike

**Galvin, Michael**

---

| | |
|---|---|
| From: | Michael.Pineault@usdoj.gov |
| Sent: | Tuesday, September 28, 2004 12:46 PM |
| To: | Galvin, Michael |
| Subject: | RE: Dr. Fife |

Mike:

I understand your concerns about the timing. I have asked Dr. Fife to draft her report by the end of this week. I do not expect it to contain any surprises. Shortly after Dr. Fife's meeting with Mr. Cavallaro, she orally conveyed to me the thrust of her assessment, and I, in turn, immediately relayed that information to you. I expect the written report to be consistent with that oral summary.

I would prefer that we wait to see Dr. Fife's actual written report before determining whether a continuance is, in fact, appropriate. The sentencing is still two weeks away. I think we have time to do that.

Mike

-----Original Message-----
From: mgalvin@dwyercollora.com [mailto:mgalvin@dwyercollora.com]
Sent: Tuesday, September 28, 2004 12:13 PM
To: Pineault, Michael
Subject: RE: Dr. Fife

Mike:

Before we agreed to allow Peter to be interviewed by Dr. Fife, you agreed to get her completed report to us in sufficient time to permit us to review and analyze it prior to sentencing. I expressed my concerns about those timing issues to you several weeks ago, and you told me that Dr. Fife would have her report finished and sent to me by the end of the week of September 13th or the beginning of the week of September 20th. That didn't happen. It sounds like we may not get the report even this week. You know that Judge Saris has asked for additional written submissions on or before October 6th. That does not leave us enough time.

I understand that these reports take time; Dr. Reade's report took longer than I anticipated and, as a result, we requested that Cavallaro's sentencing be continued. Dr. Fife's delay shouldn't deprive us of our ability to meaningfully review and respond to her report. Thus, if you intend to rely on Dr. Fife's overdue report, I think you ought to ask Judge Saris to continue Cavallaro's sentencing.

Michael B. Galvin
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1075
www.dwyercollora.com

-----Original Message-----
From: Michael.Pineault@usdoj.gov [mailto:Michael.Pineault@usdoj.gov]
Sent: Tuesday, September 28, 2004 11:32 AM
To: Galvin, Michael
Subject: Dr. Fife

Mike:

Dr. Fife just called me. She hasn't written her report yet. She promised to do so this week. I will get it to you upon its completion.

1

**Galvin, Michael**

| | |
|---|---|
| From: | Michael.Pineault@usdoj.gov |
| Sent: | Monday, October 04, 2004 2:42 PM |
| To: | Galvin, Michael |
| Subject: | Cavallaro sentencing |

Mike:

I am faxing a draft Fife report and a BOP letter to you right now

Mike

# Galvin, Michael

| | |
|---|---|
| From: | Galvin, Michael |
| Sent: | Wednesday, October 06, 2004 4:21 PM |
| To: | 'Michael.Pineault@usdoj.gov' |
| Subject: | RE: Cavallaro sentencing |


Sentencing Memo 10.6.04 FINAL....


Mot. to Enlarge Page Limit 10...

Mike:

Could you get the final version of Dr. Fife's report to me, asap?  I'm inclined not to seek a continuance.  However, I would request the government's assent to us filing a separate reply to Dr. Fife's late-disclosed report, which I anticipate filing Friday or Monday at the latest.

I attach a .pdf version of the filings we're making today   I'm also having a hard copy of the appendix hand delivered to your office.

Michael B. Galvin
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1075
www.dwyercollora.com


-----Original Message-----
From: Michael.Pineault@usdoj.gov [mailto:Michael.Pineault@usdoj.gov]
Sent: Monday, October 04, 2004 2:42 PM
To: Galvin, Michael
Subject: Cavallaro sentencing

Mike:

I am faxing a draft Fife report and a BOP letter to you right now

Mike

7

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, MA 02210*

# FACSIMILE TRANSMISSION
# COVER PAGE

FROM:   Michael J. Pineault
        Assistant U.S. Attorney
        Criminal Division
        (617) 748-3261 (Direct Dial)
        (617) 748-3960 (Facsimile)

TO:     Michael Galvin, Esq.

RECEIVER'S FAX NO:   617-371-1037

DATE:   10/7/2004

NUMBER OF PAGES:   7 (including cover)

CONTENTS:

*THE INFORMATION CONTAINED IN THE FOLLOWING FACSIMILE MESSAGE IS INTENDED EXCLUSIVELY FOR THE INDIVIDUAL OR ENTITY NAMED ABOVE AND IS THEREFORE BOTH CONFIDENTIAL AND POTENTIALLY SUBJECT TO LEGAL PRIVILEGE AGAINST DISCLOSURE. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR OR IF THE READER OF THIS COVER PAGE IS OTHERWISE NOT THE ABOVE-NAMED ADDRESSEE KINDLY: 1)READ NO FURTHER; AND 2) CONTACT THE SENDER AT THE ABOVE TELEPHONE NUMBER. THANK YOU.*
NOTE: *If you do not receive the total number of pages indicated, please call the sending individual listed above.*



U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

---

WRITER'S TELEPHONE: (617) 748-3261       John Joseph Moakley United States Courthouse
Telecopier: (617) 748-3960               1 Courthouse Way, Suite 9200
                                         Boston, Massachusetts 02210

June 7, 2004

BY FAX

Michael Galvin, Esq.
Dwyer & Collora
600 Atlantic Avenue
Boston, MA 02210

    Re:   United States v. Peter Cavallaro, Sr.

Dear Mr. Galvin:

    I attach a signed copy of Dr. Fife's report. Save for some grammatical and typographical corrections, it is identical to the draft report that I transmitted to you at the beginning of the week.

                                Sincerely,

                                Michael J. Pineault

Enclosure