UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL ACTION NO. 04-10100-PBS |
| PETER CAVALLARO, SR. | ) ) ) | |

DEFENDANT'S MOTION TO CLARIFY TERMS
OF PROBATION REGARDING DRUG TESTING

Defendant Peter Cavallaro, Sr. hereby moves to clarify the terms of Mr. Cavallaro's probation regarding drug testing as follows:

1.  Unbeknownst to undersigned counsel for the defendant, the Probation Department's standard terms of probation for all offenders, and not just those convicted of drug offenses, includes drug testing, for which persons on probation are required to report to the Probation Office in Boston and take drug tests on a regular basis. Given the nature of Mr. Cavallaro's tax offense and his lack of any other criminal record or history of use of, or additions to, any illegal drugs, we do not believe that such testing is necessary or appropriate. Drug testing also makes Mr. Cavallaro's supervision more costly and time consuming for probation.

2.  Had defense counsel understood that drug testing would have been a condition of probation, we would have raised this issue with the Court at sentencing and requested that the Court waive this condition.

3.  Undersigned counsel has spoken about this request with the U.S. Probation Officer assigned to Mr. Cavallaro's case and she does not object to the Court's waiver of drug

testing during probation. Undersigned counsel has placed a call to counsel for the government regarding this request, but has not heard back from him as of the time of this filing.

  For each of these reasons, Mr. Cavallaro respectfully requests that this Court clarify the terms of probation in this case by ordering that Mr. Cavallaro need not submit to drug testing during probation.

              Respectfully submitted,

              __/s/ Michael B. Galvin_____
              Michael A. Collora (BBO #092940)
              Michael B. Galvin (BBO # 630515)
              DWYER & COLLORA, LLP
              600 Atlantic Avenue
              Boston, MA  02210
              671-371-1000

Dated: October 15, 2004