### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

        v.                      **CRIMINAL NO.  04-10100-PBS**

  **PETER CAVALLARO, SR.**
     **Defendant**

### MEMORANDUM OF SENTENCING HEARING
### AND
### REPORT OF STATEMENT OF REASONS

**Saris, D.J.**


     Counsel and the defendant were present for sentencing hearing on
    10/13/04         .  The matters set forth were reviewed and
considered.  The reasons for sentence pursuant to Title 18 U.S.C. 3553(c), as
set forth herein, were stated in open court.


    1.       Was the presentence investigation report (PSI) reviewed by counsel
            and defendant including any additional materials received
            concerning sentencing?

                    __X__ yes     _____ no

    2.(a)    Was information withheld pursuant to FRCrP
            32(c)(3)(A)?

                    _____ yes    __X__ no

     (b)     If yes to (a), has summary been provided by the court
            pursuant to FRCrP 32(c)(3)(B)?

                    _____ yes    _____ no N/A

    3.(a)    Were all factual statements contained in the PSI
            adopted without objection?

                    __X__ yes    _____ no

     (b)     If no to (a) the PSI was adopted in part with the
            exception of the following factual issues in dispute:

(c)    Disputed issues have been resolved as follows after
       ___ evidentiary hearing, ___ further submissions
       and/or ___ arguments:

4.(a)    Are any legal issues in dispute?

                 _____ yes    __X__ no

         If yes, describe disputed issues and their resolution:

5.(a)    Is there any dispute as to guideline applications
         (such as offense level, criminal history category,
         fine or restitution) as stated in the PSI?

                 _____ yes    __X__ no

         If yes, describe disputed areas and their resolution:

(b)    Tentative findings as to applicable guidelines are:

       Total Offense Level: _____13_____

       Criminal History Category:_____I_____

       __12__ to __18__ months imprisonment

       _____ to __12__ months supervised release

       $__3,000_____ to $_30,000_____ fine

                      (plus $_____ cost of
                       imprisonment/supervision)

       $___303,518_____ restitution [ALREADY PAID]

       $__200.00____ special assessment ($_____ on
                                          each of counts _____)

6.(a)    Are there any legal objections to tentative findings?

                 _____ yes    __X__ no

(b)    If no, findings are adopted by the Court.

(c)    If yes, describe objections and how they were addressed:

OR sentence hearing is continued to _____ to allow for
preparation of oral argument or filing of written submission by _____.

7.(a)     Remarks by counsel for defendant.[1]

                       __X__ yes   _____ no

   (b)     Defendant speaks on own behalf.

                       _____ yes   __X__ no

   (c)     Remarks by counsel for government.

                       __X__ yes   _____ no

8.(a)     The sentence will be imposed in accordance with the
          prescribed forms in the Bench Book Sec. 5.02 as follows:

          _____ months imprisonment

          _____ months/intermittent community confinement

          _____12_____ months probation [SUBJECT TO 10 MONTHS
                                     IN HOME CONFINEMENT WITH ELECTRONIC
                                     MONITORING AT DEFENDANT'S EXPENSE]

          _____ months supervised release

     $ ___20,000.00____ fine (including cost of imprisonment/supervision
                                     WITHOUT INTEREST)

     $_____ restitution

     $ _____200.00_____ special assessment ($_____ on each of
                                     counts _____)


     I WOULD IMPOSE THIS SENTENCE REGARDLESS OF THE OUTCOME OF THE SUPREME
COURT'S DECISION REGARDING THE VALIDITY OF THE GUIDELINES.  THE COURT DOES NOT
IMPOSE DRUG TESTING.



          Other provisions of sentence: (community service, forfeiture, etc.):

     DEFENDANT SHALL NOT WORK OUTSIDE THE HOME FOR SIX MONTHS.  FOR THE NEXT
FOUR MONTHS, DEFENDANT MAY WORK 40 HOURS A WEEK.

     (b)     After imposing sentence, the Court has advised the defendant of
             the defendant's right to appeal within 10 days of the entry of
             judgment in accordance with FRCrP 32(a)(2).

     9.      Statement of reasons for imposing sentence.
             Check appropriate space.

   (a)___ Sentence is within the guideline range and that range does not
          exceed 24 months and the Court finds no reason to depart from
          the sentence called for by application of the guidelines.

_____

     [1] The order of argument and/or recommendation and allocution may be
altered to accord with the Court's practice.

                                    3

OR          ____  Sentence is within the guideline range and that range exceeds
                  24 months and the reason for imposing the selected sentence are:


        (b)___Sentence departs from the guideline range as a result of:


            ____  substantial cooperation upon motion of the government

OR

             X  a finding that the following (aggravating or mitigating)
                circumstance exists that is of a kind or degree not adequately
                taken into consideration by the Sentencing Commission in
                formulating the guidelines and that this circumstance should
                result in a sentence different from that described by the
                guidelines for the following reasons:

        PURSUANT TO U.S.S.G. §5H1.1, I DEPART.  THE DEFENDANT IS 69 YEARS OLD
AND INFIRM.  HE HAS AN EXTRAORDINARY COMBINATION OF MENTAL AND PHYSICAL
PROBLEMS (SEVERE SLEEP APNEA, OBESITY, DIABETES, HYPERTENSION, RECURRENT MAJOR
DEPRESSIVE DISORDERS AND PANIC AND ANXIETY DISORDER).  DEFENDANT HAS SHOWN
THAT HOME DETENTION WILL BE AS EFFICIENT AS AND LESS COSTLY THAN IMPRISONMENT.


        (c)____  Is restitution applicable in this case?

                    _____  yes    X   no

            Is full restitution imposed?

                    _____  yes  _____  no

            If no, less than full restitution is imposed for the
            following reasons:


        (d)____  Is a fine applicable in this case?

                     X   yes  _____  no


            Is the fine within the guidelines imposed?

                     X   yes  _____  no

            If no, the fine is not within guidelines or no fine is
            imposed for the following reasons:

            ____  Defendant is not able, and even with the use
                  of a reasonable installment schedule is not
                  likely to become able, to pay all or part of
                  the required fine; OR

            ____  Imposition of a fine would unduly burden the
                  defendant's dependents; OR

            ____  Other reasons as follows:

4

10.     Was a plea agreement submitted in this case?

        __X__ yes    _____ no

Check appropriate space:

____ The Court has accepted a Rule 11(e)(1)(A) charge
     agreement because it is satisfied that the
     agreement adequately reflects seriousness of the
     actual offense behavior and accepting the plea
     agreement will not undermine the statutory
     purposes of sentencing.

____ The Court has accepted either a Rule 11(e)(1)(B)
     sentence recommendation or a Rule 11(e)(1)(C)
     sentence agreement that is within the applicable
     guideline range.

____ The Court has accepted either a Rule 11(e)(1)(B)
     sentence recommendation or a Rule 11(e)(1)(C)
     sentence agreement that departs from the applicable
     guideline range because the Court is satisfied that
     such a departure is authorized by 18 U.S.C. 3553(b).


11.     Suggestions for guideline revisions resulting from this case are
        submitted by an attachment to this report.

        __X__ yes    _____ no


12.     The PSI is adopted as part of the record, either in whole or in
        part as discussed above and is to be maintained by the U.S.
        Probation Department under seal unless required for appeal.

13.     Judgment will be prepared by the clerk in accordance with above.

14.     The clerk will provide this Memorandum of Sentencing Hearing And
        Report on Statement of Reasons to the U.S. Probation Department
        for forwarding to the Sentencing Commission, and if the above
        sentence includes a term of imprisonment, to the Bureau of
        Prisons.


_____                    ___S/PATTI B. SARIS_____
Date                               United States District Judge

5