

PROB 7A
(DMA Rev. 1/97)

Conditions of Probation and Supervised Release

# UNITED STATES DISTRICT COURT
### For The
## DISTRICT OF MASSACHUSETTS

To:       Peter Cavallaro, Sr.                                         Docket No. 04-10100-1
Address:  8 Smith Hill Road
          Lincoln, MA 01773

    Under the terms of this sentence, the defendant has been placed on probation by the Honorable Patti B. Saris, United States District Judge for the District of Massachusetts. Your term of supervision is for a period of one (1) year commencing <u>October 13, 2004</u>.

    While on probation, the defendant shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance.

    If the judgement imposed a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with any Schedule of Payments set forth in the Criminal Monetary Penalties Sheet of the judgement. In any case, the defendant should cooperate with the probation officer in meeting any financial obligations.

    The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons (supervised release cases only).

CHECK IF APPLICABLE:

[X]   As a condition of supervision, you are instructed to pay a fine in the amount of $ <u>20,000</u>; it shall be paid in the following manner: <u>according to a court-ordered repayment schedule</u>.

[ ]   As a condition of supervision, you are instructed to pay restitution in the amount of $ to ; it shall be paid in the following manner: .

[X]   The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

**For offenses committed on or after September 13, 1994:**

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

**It is the order of the Court that you shall comply with the following standard conditions:**

(1)   The defendant shall not leave the judicial district without permission of the Court or probation officer;

(2)   The defendant shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month;

(3)   The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

(4)   The defendant shall support his or her dependents and meet other family responsibilities;

(5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;

(6) The defendant shall notify the probation officer ten days prior to any change of residence or employment;

(7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

(8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

(9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

(10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

(11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

(12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court;

(13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**The special conditions ordered by the Court are as follows:**

1) Defendant is to serve ten (10) months in home detention with electronic monitoring at the defendant's expense.
2) During the first six (6) months of electronic monitoring the defendant is not to work outside his home.
3) During the remaining four (4) months of electronic monitoring the defendant is to work 40 hours per week at the discretion of the probation office.
4) The defendant is to participate in mental health treatment.
5) The defendant is to exercise.

$200 Special Assessment.

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

(Signed) _____    10-13-04
Defendant                            Date

_____    10/13/04
U.S. Probation Officer/Designated Witness    Date